UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JERRY McLEOD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 7:20-cv-244 |
| | * | |
| MIKE DEWEY and MIKE BASS, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants in the above-styled case, and pursuant to Federal Rule of Civil Procedure 56, move this Court to enter summary judgment in their favor on all claims. This grounds for the motion are fully discussed in Defendants' Memorandum of Law filed contemporaneously herewith. Pursuant to Middle District of Georgia Local Rule 56, a Statement of Undisputed Material Facts is also filed contemporaneously herewith.

Respectfully submitted this 6th day of February, 2024.

                                                          BROWN, READDICK, BUMGARTNER,
                                                          CARTER, STRICKLAND & WATKINS, LLP
                                                          */s/ Bradley J. Watkins*
                                                          Bradley J. Watkins
                                                          Georgia Bar Number: 740299
                                                          bwatkins@brbcsw.com
                                                          ***ATTORNEY FOR DEFENDANTS***

5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
Fax: (912) 264-9667

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing. In addition, a copy of this filing has been emailed to pro se Plaintiff at the following address: jmcleod263@gmail.com

Submitted this 6th day of February, 2024.

*/s/ Brad Watkins*
Bradley J. Watkins
Georgia Bar Number: 740299

***ATTORNEY FOR DEFENDANTS***

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, GA 31520
(912) 264-8544