# IN THE SUPERIOR COURT OF BROOKS COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| **STATE OF GEORGIA,** | **WARRANT NOS.: CR-17-158-207** |
| | **CR-17-211** |
| v. | |
| | Charges: Cruelty to Animals, et. al |
| **RICHARD J. MCLEOD,** | |
| **Defendant.** | |

GEORGIA-BROOKS COUNTY
Filed in office on

MAR 2 1 2017

Ginger S. S[...]
Clerk of Superior Court/State Court/Juvenile Court

### BLANKET BOND ORDER

The parties having stipulated and agreed,

**IT IS HEREBY ORDERED** that the Defendant be released on bond in the amount of **$25,000.00.**

**FURTHER ORDERED:**

(a) That the Defendant shall appear before this Court at a date and time certain to answer said charges;

(b) That the Defendant will not violate any criminal laws of any governmental unit;

(c) That the Defendant not contact, directly or indirectly, any of the State's witnesses, except by and through his attorney of record in said case, or have any contact with animals to include own, possess or otherwise care for, or contact any pet shelter, humane society, rescue or other facility associated with animals.

(d) If the Defendant resides in, travels to or is present in another state, he will agree to waive extradition from any such jurisdiction where he may be found and not contest any effort by said jurisdiction to return her to the State of Georgia;

(e) The defendant will communicate any and all address changes with her attorney:

**AND FURTHER ORDERED**, in the event said Defendant fails to comply with any one of the aforesaid conditions, the Court may, in its discretion, revoke said bond and provision for bail and order the arrest and detention of said Defendant until such time as the aforesaid case and charge(s) are disposed of and final judgment entered thereon.

**Judge's Initials** _(WM)_    Page One (1) of Two (2) Pages

Case 7:20-cv-00244-WLS   Document 59-2   Filed 02/06/24   Page 2 of 4

**State of Georgia vs. RICHARD MCLEOD**
**Warrant Nos.: CR-17-158 through 17-207;**
                **CR-17-211**

SO, ORDERED, this the 21st day of March, 2017.

_____
JUDGE, SUPERIOR COURTS
SOUTHERN JUDICIAL CIRCUIT

CONSENTED TO FORM BY:

_for Jeremy Baker_____
Assistant District Attorney
Southern Judicial Circuit
with express permission

PREPARED BY:
Clair Hughes
Assistant Public Defender
State Bar No: 784090
106 South Patterson Street
Second Floor -- Suite 201
Post Office Box 1586
Valdosta, GA 31603-1586
Telephone:(229) 671-2800
Facsimile: (229) 245-5220

_Clair C. Hughes_____
Clair Hughes
State Bar No. 332342
Assistant Public Defender
Southern Judicial Circuit

Page Two (2) of Two (2) Pages

STATE OF GEORGIA, BROOKS COUNTY.
I, BELINDA WHEELER, CLERK OF SUPERIOR COURT OF SAID COUNTY, DO HEREBY CERTIFY THAT I HAVE COMPARED THE FOREGOING COPY WITH THE ORIGINAL RECORD THEREOF, NOW REMAINING IN THIS OFFICE AND THE SAME IS A CORRECT TRANSCRIPT THEREFROM, AND OF THE WHOLE OF SUCH ORIGINAL RECORD, AND THAT THIS COURT IS A COURT OF RECORD.
IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF THE SUPERIOR COURT OF BROOKS COUNTY.
THIS THE 24 DAY OF October, 20 23
_____
CLERK OF SUPERIOR COURT

