# BROOKS COUNTY JAIL INTAKE FORM

Date: 7/25/19   Case #: 2019070819   AGENCY: BCSO

## PERSONAL INFORMATION

Name: McCloud Richard Jerry   Race: W   Sex: M
     Last         First       Middle

DOB: 11/04/1937   Height: 509   Weight: 180   Hair: Gry   Eyes: Hzl   POB: ___
SNN: 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   DL #: ___   State: ___   Phone #: (  ) None
Address: 1675 Liberty Church Rd   City: Dixie   State: GA   Zip: 31629

## ARREST INFORMATION

Arrest Date: 7/25/19   Arrest Time: 1515
Arresting Officer Name: Sgt. Bass   Badge #: 6115   Agency: BCSO
Place of Arrest: ___   Vehicle Towed By: ___
Charge: ~~16-5-95~~   Warrant/Citation #: ___
Charge: Violation of Bond Conditions   Warrant/Citation #: ___
Charge: 17-6-92   Warrant/Citation #: ___
Charge: ___   Warrant/Citation #: ___
Charge: ___   Warrant/Citation #: ___
Charge: ___   Warrant/Citation #: ___
Charge: ___   Warrant/Citation #: ___

Victim to be notified? ___ Yes ___ No   If Yes, Victim's Name: ___   Phone #: (  ) ___
Warrants to be taken? ___ Yes ___ No   If Yes, Agency held for: ___   Officer's Signature: ___
Restrictions: ___ No Phone Calls ___ Isolation ___ Separation ___ Other   Why?/Who? ___

## PERSONAL INFORMATION

Employer/Occupation: ___   Skills: ___
Scars/Marks/Tattoos: ___
Aliases/Nicknames: ___
Education (Years): ___   Martial Status: ___ Married ___ Single ___ Divorced ___

## EMERGENCY CONTACT

Name: ___   Address: ___   Phone #: (  ) ___
Name: ___   Address: ___   Phone #: (  ) ___

## INMATE MONEY

Receiving Officer: ___   Badge#: ___
Amount of Money Taken: ___   Receipt#: ___

_____   _____
Inmate signature   Officer signature

## INTAKE INFORMATION

Warrants check: ___   Date: __/__/__   Time: ___   By: ___

## RELEASE INFORMATION

Warrants check: ___   Date: __/__/__   Time: ___   By: ___
Release check amount: ___   Check#: ___

I ACKNOWLEDGE THAT I HAVE RECEIVED ALL FUNDS AND PROPERTY DUE TO ME BY THE BROOKS COUNTY SHERIFF'S OFFICE

_____   Lt. Wooten
INMATE SIGNATURE   OFFICER SIGNATURE

Inmate was Release by Judge Crosby at 1700/was given A ride by Deputy Roberts

| Office Phone<br>(229) 263-7558 | **BROOKS COUNTY SHERIFF'S OFFICE**<br>Mike Dewey, Sheriff<br>P.O. Box 487<br>Quitman, Georgia 31643 | County Jail Phone<br>(229) 263-8153 |



Captain: John Ulm  
(229) 263-8153

Jail Administrator  
Fax: (229) 263-8624

## Brooks County Jail Hold Form

Attention: BCSO Jail

Inmate Name: Richard Jerry McCloud

Inmate Date Of Birth: 11-04-1937

Inmate Charges: Violation of Bond condition 17-6-92

Date Hold Requested: 7-25-19  
Time Hold Requested: 1515  
Officer Requesting Hold: SGT Bas/  
Officer Unit Number: 6105

Date Hold Released: 7-27-19  
Time Hold Released: 1515

**Acknowledge of Receipt**

Officer Signature: _____  Date: _____

Please Sign and Fax Back as Acknowledgement

Http:www.brookssheriff.com

# IN THE SUPERIOR COURT OF BROOKS COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **STATE OF GEORGIA,** | **WARRANT NOS.: CR-17-158-207** |
| v. | **CR-17-211** |
| **RICHARD J. MCLEOD,** | Charges: Cruelty to Animals, et. al |
| Defendant. | |

GEORGIA BROOKS COUNTY
Filed in office on

MAR 2 1 2017

Ginger S. S[...]
Clerk of Superior Court/State Court/
Juvenile Court

## BLANKET BOND ORDER

The parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Defendant be released on bond in the amount of $25,000.00.

FURTHER ORDERED:

(a) That the Defendant shall appear before this Court at a date and time certain to answer said charges;

(b) That the Defendant will not violate any criminal laws of any governmental unit;

(c) That the Defendant not contact, directly or indirectly, any of the State's witnesses, except by and through his attorney of record in said case, or have any contact with animals to include own, possess or otherwise care for, or contact any pet shelter, humane society, rescue or other facility associated with animals.

(d) If the Defendant resides in, travels to or is present in another state, he will agree to waive extradition from any such jurisdiction where he may be found and not contest any effort by said jurisdiction to return her to the State of Georgia;

(e) The defendant will communicate any and all address changes with her attorney:

**AND FURTHER ORDERED**, in the event said Defendant fails to comply with any one of the aforesaid conditions, the Court may, in its discretion, revoke said bond and provision for bail and order the arrest and detention of said Defendant until such time as the aforesaid case and charge(s) are disposed of and final judgment entered thereon.

Judge's Initials _RJM_    Page One (1) of Two (2) Pages

State of Georgia vs. RICHARD MCLEOD
Warrant Nos.: CR-17-158 through 17-207;
            CR-17-211

SO, ORDERED, this the 21st day of March, 2017.

_____
JUDGE, SUPERIOR COURTS
SOUTHERN JUDICIAL CIRCUIT

CONSENTED TO FORM BY:

_____
for Jeremy Baker
Assistant District Attorney
Southern Judicial Circuit

with express permission

PREPARED BY:
Clair Hughes
Assistant Public Defender
State Bar No: 784090
106 South Patterson Street
Second Floor -- Suite 201
Post Office Box 1586
Valdosta, GA 31603-1586
Telephone:(229) 671-2800
Facsimile: (229) 245-5220

_____
Clair Hughes
State Bar No. 332342
Assistant Public Defender
Southern Judicial Circuit

Page Two (2) of Two (2) Pages

# IN MAGISTRATE COURT OF BROOKS COUNTY
## STATE OF GEORGIA

**STATE OF GEORGIA**
VS:
**JERRY MCLEOD**

Warrant : CR17-0158

CHARGE: AGGRAVATED CRUELTY TO ANIMALS

## BAIL REPORT OF MAGISTRATE COURT

A first appearance hearing was held on the 24TH day of FEBRUARY, 2017, and the Court denied the Defendant's bond for the following reason(s):

☐ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court failing to appear when required.

☑ 2. The accused poses a significant threat or danger to a person, or to the community, or to a property in the community.

☑ 3. The accused poses a significant risk of committing a felony pending trial.

☐ 4. The accused poses a significant risk of intimidating witnesses and/or victims, otherwise obstructing the administration of justice.

☐ 5. Pursuant to O.C.G.A. section 17-6-1, notice is given that the offense charged is not bondable by a Judge of the Magistrate Court.

☐ 6. The accused has an extensive criminal history.

☑ 7. Other: ACCUSED IS CURRENTLY ON BOND FOR SAME FELONY CHARGE.

This the 24TH day of FEBRUARY, 2017.

_____
Magistrate Judge, Brooks County

## DISTRICT ATTORNEY REPORT

The District Attorney ☐ Consents to ☐ Opposes the foregoing recommendation.

This the _____ day of _____, 201___.

_____
Assistant District Attorney

## ORDER ON BAIL

The foregoing report and recommendations of the Magistrate of Brooks County having been read and considered,

☐ The Court hereby accepts the finding of the Magistrate. Bail for the aforesaid defendant is hereby DENIED.

☐ The Court hereby declines to adopt the findings of the Magistrate.

SO ORDERED, this _____ day of _____, 201___.

_____
JUDGE, SUPERIOR COURT

# IN MAGISTRATE COURT OF BROOKS COUNTY
## STATE OF GEORGIA

**STATE OF GEORGIA**  
VS:  
**JERRY MCLEOD**

Warrant : CR17-0211

**CHARGE: AGGRAVATED CRUELTY TO ANIMALS**

## BAIL REPORT OF MAGISTRATE COURT

A first appearance hearing was held on the 24TH day of FEBRUARY, 2017, and the Court denied the Defendant's bond for the following reason(s):

☐ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court failing to appear when required.

☑ 2. The accused poses a significant threat or danger to a person, or to the community, or to a property in the community.

☑ 3. The accused poses a significant risk of committing a felony pending trial.

☐ 4. The accused poses a significant risk of intimidating witnesses and/or victims, otherwise obstructing the administration of justice.

☐ 5. Pursuant to O.C.G.A. section 17-6-1, notice is given that the offense charged is not bondable by a Judge of the Magistrate Court.

☐ 6. The accused has an extensive criminal history.

☑ 7. Other: ACCUSED IS CURRENTLY ON BOND FOR SAME FELONY CHARGE.

This the 24TH day of FEBRUARY, 2017.

_____  
Magistrate Judge, Brooks County

## DISTRICT ATTORNEY REPORT

The District Attorney ☐ Consents to ☐ Opposes the foregoing recommendation.

This the _____ day of _____, 201___.

_____  
Assistant District Attorney

## ORDER ON BAIL

The foregoing report and recommendations of the Magistrate of Brooks County having been read and considered,

☐ The Court hereby accepts the finding of the Magistrate. Bail for the aforesaid defendant is hereby DENIED.

☐ The Court hereby declines to adopt the findings of the Magistrate.

SO ORDERED, this _____ day of _____, 201___.

_____  
JUDGE, SUPERIOR COURT

# IN THE MAGISTRATE COURT OF BROOKS COUNTY
## STATE OF GEORGIA

THE STATE OF GEORGIA )
vs. ) Warrant # 22-503 mW
Richard Jerry McLeod )

## BAIL REPORT OF MAGISTRATE COURT

A first appearance hearing was held on 26 day of May, 2022, and the Court DENIED the Defendant's bond for the following reason(s):

- ☐ 1. The accused poses a significant risk of fleeing from the jurisdiction of the Court failing to appear when required.
- ☐ 2. The accused poses a significant threat or danger to a person, or to the community, or to a property in the community.
- ☐ 3. The accused poses a significant risk of commiting felony pending trial.
- ☐ 4. The accused poses a significant risk of intimidating witnesses and/or victims, otherwise obstructing the administration of justice.
- ☐ Pursuant to O.C.G.A. section 17-6-1, notice is given that the offense charged is not bondable by a Judge of the Magistrate Court.
- ☐ 6. The accused has an extensive criminal history
- ☒ 7. Other: On bond on other charges of a similar nature.

So ordered this 26 day of May, 2022.

_____
Judge, Magistrate Court of Brooks County

## DISTRICT ATTORNEY REPORT

| The District Attorney | _____ Consents to | _____ Opposes the foregoing recommendation |

This the _____ day of _____, 20____.

_____
District Attorney

## ORDER ON BAIL

The foregoing report and recommendations of the Magistrate of Brooks County having been read and considered,

- ☐ The Court hereby accepts the finding of the Magistrate. Bail for the aforesaid defendant is hereby DENIED.
- ☐ The Court hereby declines to adopt the findings of the Magistrate."

SO ORDERED, this _____ day of _____, 20____.

_____
JUDGE, SUPERIOR COURT

**IN THE MAGISTRATE COURT OF BROOKS COUNTY**

STATE OF GEORGIA
VS.
Richard Terry McLeod

WARRANT NUMBER 22-503 MW
22-531 mw - 22-561 mw
DATE: 5-28-2022
TIME: 1:40 pm

## FIRST APPEARENCE CONDITIONS OF BOND

The above case having come before me at a first appearance hearing; It is hereby ORDERED that said defendant be permitted to make bond under the following conditions: (Only the conditions initialed by the Judge apply.)

yes, JS 1. That bond in the amount of $ 3000.00 Blanket bond be allowed. ( CASH  PROPERTY BONDSMAN )

_____ 2. That the defendant shall stay away, absolutely, directly or indirectly, by person, telephone, messenger, or any other means of communication from the person, home and job of _____. This includes, but is not limited to, the victim's home, school, and place of business/employment or routes of travel to or from those locations. The Defendant shall stay away from the above locations regardless of whether the victim is present at such locations. Violations connected with contacting/following the victim may subject the Defendant to a separate prosecution for the felony offense of Aggravated Stalking.

_____ 3. The Defendant shall have **NO VIOLENT** contact with _____.

_____ 4. Have no contact or communication of any kind or character with any members of the victim's household or family, or with any witnesses in this case.

_____ 5. Not follow, place under surveillance or contact the victim or any members of the victim's household or family, or any witnesses in this case for the purpose of harassing or intimidating any such person, or otherwise violate O.C.G.A. Section 16-5-90 et. seq., which prohibits "stalking."

_____ 6. Defendant shall within _____ hours of release from the Brooks County Jail, turn over all firearms to the BCSO. In addition, the Defendant shall not own, possess or be in the presence of any firearms of any kind.

yes, JS 7. Defendant shall not consume, ingest or otherwise be in possession of any alcoholic beverage. In addition, the Defendant shall attend substance abuse counseling a minimum of _____ days per week. The accused has one week from the date of release to arrange said counseling and notify the criminal clerk of this Court, in writing, of said arrangement. The Clerk can be contacted at the Brooks County Magistrate Court, 315 E Screven St., Quitman, GA 31643, or by telephone at (229)263-9989.

yes, JS 8. Upon release, law enforcement shall escort Defendant to the residence to retrieve his/her personal items only.

_____ 9. The Court grants this bond after a finding pursuant to OCGA 17-10-1(a)(3)(B) that the Defendant is serving a term of probation but he/she does not constitute a threat to the community and is therefore entitled to bond in the aforementioned case.

_____ 10. OTHER SPECIAL CONDITIONS: Defendant shall not have any more than 2 dogs/cats in his possession at any time.

SO ORDERED THIS 28th DAY OF May, 2022.         J. Carl Bluff
                                                JUDGE

I acknowledge notice of the above condition(s) of bond and realize that upon breaking of the condition(s) my bond may be revoked, and that I do not have a legal right to a second bond after revocation.

5-28-2022
Date                                             Defendant
                                                 J. Carl
                                                 Witness

File

# MAGISTRATE COURT OF BROOKS COUNTY
# STATE OF GEORGIA

## ORDER

Richard Jerry McLeod was arrested on charges of Animal Cruelty and as released on bond. A condition of his bond is that he be allowed to own two (2) dogs. Compliance with the terms of this bond requires that two of McLeod's ADA dogs currently in custody of Samantha Shelton, FurKids Inc. or any other entity to be immediately released to his custody and ownership.

Therefore, it is ordered that McLeod's large white American Bulldog mix service dog named Buddy and his large black and brown Doberman mix service dog named Big Boy be immediately released to Richard Jerry McLeod's ownership and personal exclusive custody upon receipt of this order.

_____
Brooks County Magistrate Judge
Dated 6-30-2022