UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY McLEOD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 7:20-cv-244 |
| | * |
| MIKE DEWEY and MIKE BASS, | * |
| | * |
| Defendants. | * |

**DEFENDANTS' REQUESTS FOR ADMISSIONS PROPOUNDED TO PLAINTIFF**

COME NOW, Defendants in the above-styled action and pursuant to Fed. R. Civ. P. 26 and 34, hereby request that Plaintiff answer within thirty (30) days these Requests for Admissions:

**REQUESTS FOR ADMISSIONS**

1. Admit that on or about March 21, 2017, you were released from custody pursuant to the Blanket Bond Order attached hereto as Exhibit "A".

2. Admit that as of July 25, 2019, there had been no resolution of the criminal charges reflected on Exhibit "A".

3. Admit that on July 25, 2019, you were subject to the conditions set forth in the Blanket Bond Order attached hereto as Exhibit "A".

4. Admit that on July 25, 2019, you owned, possessed, or were otherwise caring for one or more animals.

5. Admit that on July 25, 2019, at least one dog was chained or tied up on your property.

6. Admit that you were taken into custody by Mike Bass on July 25, 2019 for a violation of your bond conditions.

This the 23rd day of January, 2023.

                                             BROWN, READDICK, BUMGARTNER,
                                             CARTER, STRICKLAND & WATKINS, LLP

*/s/ Bradley J. Watkins*
Bradley J. Watkins
Georgia Bar Number: 740299
bwatkins@brbcsw.com

*/s/ Amanda L. Szokoly*
Amanda L. Szokoly
Georgia Bar Number: 403412
aszokoly@brbcsw.com

5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667                          **ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing discovery responses by by addressing same to:

Mr. R. Jerry McLeod<br>
1675 Liberty Church Road<br>
Boston GA  31626

and depositing same in the United States Mail with sufficient postage affixed to assure  delivery.

This the 23rd day of January, 2023.

<u>/s/ Brad Watkins</u>
Bradley J. Watkins
Georgia Bar Number: 740299

**ATTORNEY FOR DEFENDANTS**

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
P. O. Box 220
Brunswick, GA  31521-0220
(912) 264-8544