IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY MCLEOD, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-244 (WLS) |
| | * |
| MIKE DEWEY and MIKE BASS, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of June, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk